U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 50028**

In the Matter of                                                    Case Number:
ANCHOR PACKAGING, INC.,
V.
PLACON CORPORATION,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anchor Packaging, Inc., Plaintiff

| NAME (Type or print) |  |
|---|---|
| Robert V. Jambor |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ robert v. jambor |  |
| FIRM |  |
| Leydig, Voit & Mayer, Ltd. |  |
| STREET ADDRESS |  |
| 6815 Weaver Road, Suite 300 |  |
| CITY/STATE/ZIP |  |
| Rockford, IL 61114 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1322222 | 815-963-7661 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |