## United States District Court for the Northern District of Illinois

Case Number: 08-50028                 Assigned/IssuedBy: pb

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

**FILED**
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____                  Receipt #: _____

Date Paid: _____                    Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**

☒ Summons                 ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

Original and ____ copies on 2/25/08 as to Placon Corporation
                            (Date)

---

C:\wpwin80\docket\feeinfo.frm   01/01