UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ANCHOR PACKAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Frederick J. Kapala |
| v. | ) | |
| | ) | Magistrate Judge P. Michael Mahoney |
| PLACON CORPORATION, | ) | |
| | ) | Case No. 08 C 50028 |
| Defendant. | ) | |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

Pursuant to Rule 3.2 of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Anchor Packaging, Inc., hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   Hermann Companies, Inc. (HCI)

2. Subsidiaries not wholly owned by the corporation:

   N/A

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   N/A

Date: March 26, 2008

/robert v. jambor/
Robert V. Jambor (ID No. 1322222)
LEYDIG, VOIT & MAYER, LTD.
6815 Weaver Road, Suite 300
Rockford, IL 61114-8018
Telephone: 815-963-7661
Facsimile: 815-963-7664
Email: rjambor@leydig.com

Attorney for Plaintiff