# Affidavit of Process Server

Anchor Packaging Inc. vs Placon Corporation    08C50028
PLAINTIFF/PETITIONER                DEFENDANT/RESPONDENT           CASE #

Being duly sworn, on my oath, I __Katrina K Grosse__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Placon Corporation__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons & Complaint, Exhibits__

by serving (NAME) __Jeffrey Bauer__

at ☐ Home _____
☒ Business __6096 McKee Road, Fitchburg Wisconsin__
☐ on (DATE) __2/29/08__ at (TIME) __2:45pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Jeffrey Bauer__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading            ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
                                                 DATE TIME      DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☒ Male      ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.  ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.  ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin  ☐ Blond Hair                  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
            ☐ Brown Skin   ☒ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.  ☒ 5'9"-6'0"   ☒ 161-200 Lbs.
☐ Glasses   ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

__Katrina K Grosse__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __4th__ day of __March__, 200__8__

__[signature]__
NOTARY PUBLIC   exp: 9/30/09

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.