**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

ANCHOR PACKAGING, INC.,

        Plaintiff,                        Case No. 08 C 50028

    v.                                  Honorable Frederick J. Kapala

PLACON CORPORATION,            Magistrate Judge P. Michael Mahoney

        Defendant.

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

      Pursuant to Rule 3.2 of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Placon Corporation hereby gives notice the following corporate interests are disclosed:

1. The parent companies of this corporation:
   None.

2. Subsidiaries not wholly owned by the corporation:
   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

- 2 -

Dated:  March 26, 2008

                                                                       s/ Jeffrey S. Ward
Jeffrey S. Ward
Gilberto E. Espinoza
**MICHAEL BEST & FRIEDRICH LLP**
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601
Ph:    312-222-0800
Fax:   312-222-0818
Email: jsward@michaelbest.com
       geespinoza@michaelbest.com

*Attorneys for Defendant Placon Corporation*