UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ANCHOR PACKAGING, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 08 C 50028 |
| | ) | |
| v. | ) | The Honorable Frederick J. Kapala |
| | ) | |
| PLACON CORPORATION, | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendant(s). | ) | |

## ANCHOR PACKAGING, INC.'S ANSWER TO THE COUNTER-CLAIM OF DEFENDANT, PLACON CORPORATION

Anchor Packaging, Inc. ("Anchor"), hereby replies to the Counterclaim of Defendant, Placon Corporation ("Placon") as follows.

1. This Court has subject matter jurisdiction over this counterclaim pursuant to 28 U.S.C. §§2201, 1331 and 1338.

Answer: Admit.

2. By filing the complaint, Anchor has consented to the personal jurisdiction of this Court.

Answer: Admit.

3. Venue is proper in this district under 28 U.S.C. §1391 and/or 1400.

Answer: Admit.

4. United States Patent No. 6,786,351 (the '351 patent) was issued by the United States Patent and Trademark Office on September 7, 2004.

Answer: Admit.

5. In view of the filing by Anchor of this suit and Placon's defenses, an actual controversy has arisen and now exists between the parties as to the

validity, enforceability and alleged infringement by Placon of the '351 patent.

Answer: Anchor admits that a controversy exists between it and Placon as to whether Placon has infringed the '351 patent. Anchor denies the remaining allegations of paragraph five of Placon's counterclaim.

6. Placon has not directly, indirectly, contributorily by inducement, or otherwise infringed any valid claim of the '351 patent, nor is it directly, indirectly, contributorily, by inducement, or otherwise infringing any valid claim of the '351 patent.

Answer: Deny.

7. The claims of the '351 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in Title 35, United States Code, including §§102, 103 and 112 thereof.

Answer: Deny.

WHEREFORE having fully answered the Counterclaim of Defendant Placon Corporation, Plaintiff Anchor Packaging, Inc. prays that the Court dismiss the Counterclaim with prejudice and award Anchor Packaging, Inc. its proper fees and costs.

ANCHOR PACKAGING, INC.

Dated: March 31, 2008

By: /robert v. jambor/
One of its attorneys

Don V. Kelly (ID No. 6197676)
GALLOP, JOHNSON & NEUMAN, L.C.
101 S. Hanley Road, Suite 1700
St. Louis, MO 63105
Telephone: (314) 615-6000
Facsimile: (314) 615-6001

>Robert V. Jambor (ID No. 1322222)
>James M. Robertson (ID No. 6207542)
>Mark A. Nieds (ID No. 6225737)
>LEYDIG, VOIT & MAYER, LTD.
>6815 Weaver Road, Suite 300
>Rockford, IL 61114
>Telephone: (815) 963-7661
>Facsimile: (815) 963-7664
>Email: rjambor@leydig.com
>Email: jrobertson@leydig.com
>Email: mnieds@leydig.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, a true and correct copy of the foregoing was electronically filed with the clerk of the District Court using the CM/ECF filing system, which sent notification to counsel of such filing.

Gilberto E. Espinoza
Jeffrey Ward
Michael Best & Friedrich, LLP
180 North Stetson Avenue, Suite 2000
Chicago IL 60601
jsward@michaelbest.com
geespinoza@michaelbest.com

>/robert v. jambor/
>Robert V. Jambor (ID No. 1322222)