UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ANCHOR PACKAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLACON CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) Case No. 08 C 50028 <br> ) <br> ) <br> ) <br> ) The Honorable Frederick J. Kapala <br> ) <br> ) Magistrate Judge P. Michael Mahoney <br> ) |

### NOTICE OF FILING

To:  Jeffrey S. Ward
     Gilberto E. Espinoza
     MICHAEL BEST & FRIEDRICH LLP
     180 North Stetson Avenue, Suite 2000
     Chicago, IL 60601
     Telephone: 312-222-0800
     Fax: 312-222-0818
     Email: jsward@michaelbest.com
     Email: geespinoza@michaelbest.com

PLEASE TAKE NOTICE THAT on March 31, 2008, the undersigned counsel has submitted the following:

1.  Anchor Packaging, Inc.'s Answer to the Counter-Claim of Defendant, Placon Corporation

for filing with Clerk of the United States District Court for the Northern District of Illinois, Western Division.

Date: March 31, 2008                         Respectfully submitted,


                                             s/ Robert V. Jambor
                                             One of its attorneys

Robert V. Jambor (ID No. 1322222)
James M. Robertson (ID No. 6207542)
Mark A. Nieds (ID No. 6225737)
LEYDIG, VOIT & MAYER, LTD.
6815 Weaver Road, Suite 300
Rockford, IL 61114
Phone: (815) 963-7661
Fax: (815) 963-7664

Don V. Kelly (ID No. 6197676)
GALLOP, JOHNSON & NEUMAN, L.C.
101 S. Hanley Road, Suite 1700
St. Louis, MO 63105
Telephone: (314) 615-6000
Facsimile: (314) 615-6001

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, a true and correct copy of the foregoing was electronically filed with the clerk of the District Court using the CM/ECF filing system, which sent notification to counsel of such filing.

Gilberto E. Espinoza
Jeffrey Ward
Michael Best & Friedrich, LLP
180 North Stetson Avenue, Suite 2000
Chicago IL 60601
jsward@michaelbest.com
geespinoza@michaelbest.com

/robert v. jambor/
Robert V. Jambor (ID No. 1322222)