**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANCHOR PACKAGING, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 08 C 50028 |
| | ) | |
| v. | ) | The Honorable Frederick J. Kapala |
| | ) | |
| PLACON CORPORATION, | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendant(s). | ) | |

## AGREED MOTION TO RESET STATUS CONFERENCE

Plaintiff, Anchor Packaging, Inc. ("Anchor") and Defendant, Placon Corporation ("Placon") hereby jointly move this Court to adjourn the status hearing now set for April 30, 2008, and set a further report on status thirty (30) days hence.

The parties have been engaged in settlement discussions and a settlement agreement is now under negotiation. It is contemplated that resolution of the matter can be achieved within the additional time period requested.

This motion is not interposed for delay.

Dated:  April 24, 2008

Respectfully submitted,

ANCHOR PACKAGING, INC.

By: /robert v. jambor/
One of its attorneys

Robert V. Jambor (ID No. 1322222)
James M. Robertson (ID No. 6207542)
Mark A. Nieds (ID No. 6225737)
LEYDIG, VOIT & MAYER, LTD.
6815 Weaver Road, Suite 300
Rockford, IL 61114
Telephone:  (815) 963-7661
Facsimile:  (815) 963-7664

PLACON CORPORATION

By: /edward j. pardon/
One of its attorneys

Jeffrey S. Ward
Gilberto Espinoza
Edward J. Pardon
MICHAEL BEST & FRIEDRICH LLP
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
Telephone:  (312) 222-0800
Facsimile:   (312) 222-0818

Attorneys for Defendant Placon Corporation

Don V. Kelly (ID no. 6197676)
GALLOP, JOHNSON & NEUMAN, L.C.
101 S. Hanley Road, Suite 1700
St. Louis, MO 63105
Telephone: (314) 615-6000
Facsimile: (314) 615-6001

Attorneys for Plaintiff Anchor Packaging, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a true and correct copy of the foregoing was electronically filed with the clerk of the District Court using the CM/ECF filing system, which sent notification to counsel of such filing.

Gilberto E. Espinoza
Jeffrey Ward
Edward J. Pardon
Michael Best & Friedrich, LLP
180 North Stetson Avenue, Suite 2000
Chicago IL 60601
jsward@michaelbest.com
geespinoza@michaelbest.com
ejpardon@michaelbest.com

 /robert v. jambor/
Robert V. Jambor (ID No. 1322222)