UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ANCHOR PACKAGING, INC.,           )
                                  )
    Plaintiff,                    )  Case No. 08 C 50028
                                  )
v.                                )
                                  )  The Honorable Frederick J. Kapala
PLACON CORPORATION,               )
                                  )  Magistrate Judge P. Michael Mahoney
    Defendants.                   )

## NOTICE OF FILING

To:   Jeffrey S. Ward
      Gilberto E. Espinoza
      Edward J. Pardon
      MICHAEL BEST & FRIEDRICH LLP
      180 North Stetson Avenue, Suite 2000
      Chicago, IL 60601
      Telephone: 312-222-0800
      Fax: 312-222-0818
      Email: jsward@michaelbest.com
      Email: geespinoza@michaelbest.com
      Email: ejpardon@michaelbest.com

PLEASE TAKE NOTICE THAT on April 24, 2008, the undersigned counsel has submitted the following:

1.   Agreed Motion to Reset Status Conference

for filing with Clerk of the United States District Court for the Northern District of Illinois, Western Division.

Date: April 24, 2008                        Respectfully submitted,

                                            s/ Robert V. Jambor
                                            One of its attorneys

                                            Robert V. Jambor (ID No. 1322222)
                                            James M. Robertson (ID No. 6207542)
                                            Mark A. Nieds (ID No. 6225737)

        LEYDIG, VOIT & MAYER, LTD.
        6815 Weaver Road, Suite 300
        Rockford, IL 61114
        Phone: (815) 963-7661
        Fax: (815) 963-7664

        Don V. Kelly (ID No. 6197676)
        GALLOP, JOHNSON & NEUMAN, L.C.
        101 S. Hanley Road, Suite 1700
        St. Louis, MO 63105
        Telephone: (314) 615-6000
        Facsimile: (314) 615-6001

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, a true and correct copy of the foregoing was electronically filed with the clerk of the District Court using the CM/ECF filing system, which sent notification to counsel of such filing.

Gilberto E. Espinoza
Jeffrey Ward
Edward J. Pardon
Michael Best & Friedrich, LLP
180 North Stetson Avenue, Suite 2000
Chicago IL 60601
jsward@michaelbest.com
geespinoza@michaelbest.com
ejpardon@michaelbest.com

        /robert v. jambor/
        Robert V. Jambor (ID No. 1322222)