## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Western Division

Anchor Packaging, Inc.
                    Plaintiff,

v.                                        Case No.: 3:08−cv−50028
                                                        Honorable Frederick J. Kapala

Placon Corporation
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Agreed Motion for extension of time [17] is granted. Status hearing reset for 5/21/2008 at 01:30 PM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.