UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ANCHOR PACKAGING, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 50028 |
| | ) |
| v. | ) |
| | ) The Honorable Frederick J. Kapala |
| PLACON CORPORATION, | ) |
| | ) Magistrate Judge P. Michael Mahoney |
| Defendants. | ) |

## NOTICE OF FILING

To:     Jeffrey S. Ward
         Gilberto E. Espinoza
         Edward J. Pardon
         MICHAEL BEST & FRIEDRICH LLP
         180 North Stetson Avenue, Suite 2000
         Chicago, IL 60601
         Telephone:  312-222-0800
         Fax:  312-222-0818
         Email:  jsward@michaelbest.com
         Email:  geespinoza@michaelbest.com
         Email:  ejpardon@michaelbest.com

PLEASE TAKE NOTICE THAT on May 20, 2008, the undersigned counsel has submitted the following:

1.     Proposed Case Management Order

for filing with Clerk of the United States District Court for the Northern District of Illinois, Western Division.

Date:  May 20, 2008                        Respectfully submitted,

                                                      s/ Robert V. Jambor
                                                      One of its attorneys

                                            Robert V. Jambor (ID No. 1322222)
                                            James M. Robertson (ID No. 6207542)
                                            Mark A. Nieds (ID No. 6225737)

LEYDIG, VOIT & MAYER, LTD.
6815 Weaver Road, Suite 300
Rockford, IL 61114
Phone: (815) 963-7661
Fax: (815) 963-7664

Don V. Kelly (ID No. 6197676)
GALLOP, JOHNSON & NEUMAN, L.C.
101 S. Hanley Road, Suite 1700
St. Louis, MO 63105
Telephone: (314) 615-6000
Facsimile: (314) 615-6001

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, a true and correct copy of the foregoing was electronically filed with the clerk of the District Court using the CM/ECF filing system, which sent notification to counsel of such filing.

Gilberto E. Espinoza
Jeffrey Ward
Edward J. Pardon
Michael Best & Friedrich, LLP
180 North Stetson Avenue, Suite 2000
Chicago IL 60601
jsward@michaelbest.com
geespinoza@michaelbest.com
ejpardon@michaelbest.com

　　　　　　　　　　　　　　　　　　　　/robert v. jambor/
　　　　　　　　　　　　　　　　　　　　Robert V. Jambor (ID No. 1322222)