UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Western Division

Anchor Packaging, Inc.
                              Plaintiff,

v.                                                  Case No.: 3:08−cv−50028
                                                     Honorable Frederick J. Kapala

Placon Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 5/21/2008. Case management order approved as stated in open court. FRCP 26(a)(1) disclosure due 6/17/08. Burden−based party shall comply with FRCP(26)(a)(2) by 5/15/09. Depositions by 6/15/09. Responsive party shall comply with FRCP(26)(a)(2) by 8/14/09. Depositions by 8/14/09. Depositions limited to 5 hours with one each party limited to 6 hours. Amended Pleadings due by 9/15/2008. Markman Fact Discovery ordered closed by 11/14/2008. Dispositive motion due date reserved. Discovery Hearing set for 7/16/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.