

Michael Best & Friedrich LLP
Attorneys at Law
One South Pinckney Street
Suite 700
Madison, WI 53703

P.O. Box 1806
Madison, WI 53701-1806

Phone 608.257.3501
Fax 608.283.2275

**Edward J. Pardon**
Direct 608.283.2268
Email ejpardon@michaelbest.com

September 9, 2008

Magistrate Judge P. Michael Mahoney
United States District Court
Northern District of Illinois
211 South Court Street

Rockford, IL 61101

Re:  *Anchor Packaging, Inc. v. Placon Corporation,* Case No. 08 C 50028

Dear Judge Mahoney:

The parties to the above-referenced case are in the process of finalizing a settlement and do not have any issues to discuss at the status conference that was previously scheduled for tomorrow, September 10. Accordingly, we request to be removed from the calendar tomorrow. We anticipate that we will submit an appropriate proposed order dismissing the case in the near future. We request to be placed on the calendar for a status conference any time in four to six weeks in the unlikely event we are unable to finalize the agreement.

I am authorized to state that opposing counsel has also reviewed this letter and agrees with our request.

Sincerely,

MICHAEL BEST & FRIEDRICH LLP

Edward J. Pardon
Counsel for Placon

EJP:smb